UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD CLEAVE DOUGLAS,

       Plaintiff,

v.

UNITED PARCEL SERVICE, et al.,

       Defendants.
       _____/

Case No. 1:07-CV-17

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 15, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 14, 2007, is approved and adopted as the opinion of the court. Plaintiff's claim under 42 U.S.C. § 1983 is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b). This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that there is no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 144 F.3d 601, 611 (6th Cir. 1997).

This case is **concluded**.

Dated: June 28, 2007

                                            /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE